# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE AUTOMATIC CARD SHUFFLERS LITIGATION | Case No. 1:21-cv-01798<br><br>Judge John F. Kness |

## MOTION FOR WITHDRAWAL OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs, Casino Queen, Inc. d/b/a Draftkings at Casino Queen and Casino Queen Marquette, Inc. d/b/a Casino Queen Marquette hereby respectfully moves this Court for an Order permitting the withdrawal of the appearance of Yelena W. Dewald in the above-captioned action. As of June 15, 2023, the undersigned will no longer be associated with the law firm of Hausfeld LLP. Christopher L. Lebsock, Michael P. Lehmann, Kyle G. Bates, Erika Inwald, and Scott A Martin of Hausfeld LLP will continue to be counsel of record for Plaintiffs and no delay in the progress of this action will result from the withdrawal.

Accordingly, Yelena W. Dewald requests that her withdrawal as counsel be granted and she be removed from this action's electronic case filing (ECF) service list.

Dated: June 13, 2023

Respectfully submitted,

*/s/ Yelena W. Dewald*
Yelena W. Dewald (*pro hac vice*)
**HAUSFELD LLP**
888 16th Street NW, Suite 300
Washington, DC 20006
Tel: 202-540-7200
ydewald@hausfeld.com
Tel: (202) 540-7200

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2023, I caused the foregoing Motion for Withdrawal of Appearance to be filed with the Clerk of the Court and to be served upon all counsel of record in this action using the United States District Court for the Northern District of Illinois Electronic Case Filing ("ECF") System. The document is available for viewing and downloading from the ECF System.

Dated: June 13, 2023  /s/ *Yelena W. Dewald*
Yelena W. Dewald